FILED

1  Name: Paula Ann Sutton
2  Address: 1411 Everton Pl
3  Riverside, CA 92507
4  Phone: 530-906-8563
5  Plaintiff In Pro Per

2023 OCT 13 PM 3:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

**FEE PAID**

N/S

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED CV 23 - 02103-JGB(SHKx)

Paula Ann Sutton,                ) Case No.: _____
                                 )  (To be supplied by the Clerk)
       PLAINTIFF,                )
                                 ) **COMPLAINT FOR:**
       vs.                       ) Civil Rights Discrimination
Alejandro N. Mayorkas            ) _____
Secretary                        ) _____
U.S. Dept. of Homeland Security  ) _____
_____                  )
_____                  ) **Jury Trial Demanded**
       DEFENDANT(S).             )
                                 )

## I. JURISDICTION

1. This Court has jurisdiction under instructions in a July 10, 2023 U.S. Equal Employment Opportunity Commission (EEOC) letter (Dismissal of Request for Reconsideration) and therein stated right to file a Civil Action in U.S. District Court within 90 calendar days from date of mailed receipt of decision.

Pro Se Clinic Form                    Page Number  1

## II. VENUE

2. Venue is proper pursuant to  Plaintiff resides in Riverside, CA.

## III. PARTIES

3. Plaintiff's name is Paula Ann Sutton. Plaintiff resides at: 1411 Everton Pl Riverside, CA 92507

4. Defendant Alejandro N. Mayorkas
Secretary
U.S. Dept. of Homeland Security
Office of the Executive Secretary
MS 0525 DHS
2707 Martin Luther King, Jr. Ave SE
5. ~~Defendant~~ Washington, DC 20528-0525

2

Pro Se Clinic Form                Page Number

## IV. STATEMENT OF FACTS

Insert ¶ # Per the Rehabilitation Act of 1973 as Amended, the U.S. Dept. of Homeland Security (Customs and Border Protection) delayed and denied Plaintiff continued reasonable accommodation for hearing disability. Failure for Agency to act appropriately resulted in negative impacts to Plaintiff.

Insert ¶ #

Insert ¶ #

Pro Se Clinic Form

Page Number: 3

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( Discrimination based on disability )
*insert title of cause of action*

(As against Defendant(s): _____ )

*Insert ¶ #*

_____

_____

_____

_____

_____

*Insert ¶ #*

_____

_____

_____

_____

_____

*Insert ¶ #*

_____

_____

_____

_____

_____

Pro Se Clinic Form

84

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* All appropriate remedies due.

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

5

*Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10/13/2023

Sign: *Paula A. Sutton*
Print Name: Paula Ann Sutton

Plaintiff in pro per