AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Paula A. Sutton <br> *Plaintiff(s)* <br> v. <br> Alejandro N. Mayorkas <br> Secretary <br> U.S. Department of Homeland Security <br> *Defendant(s)* | Civil Action No. 5:23-cv-02103-JGB-SHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alejandro N. Mayorkas, Secretary
U.S. Department of Homeland Security
Office of the Executive Secretary
Mail Stop 0525
2707 Martin Luther King, Jr., Ave. SE
Washington, DC 20528-0525

c/o Mr. Jonathon Meyer, General Counsel
Office of the General Counsel
245 Murray Lane, SW   Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paula Ann Sutton
1411 Everton Pl
Riverside, CA  92507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/23/2024

*Signature of Clerk*: Andres Pedro