UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 23-2103 JGB (SHK) | Date | April 8, 2024 |
|---|---|---|---|
| Title | *Paula Ann Sutton v. Alejandro N. Mayorkas* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause re Dismissal for Lack of Prosecution (IN CHAMBERS)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. Proc. 12(a)(1).

On March 20, 2024, the Court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute, specifically for failure to timely serve defendant. ("OSC," Dkt. No. 9.) On March 29, 2024, plaintiff filed a proof of service which indicates that defendant was served on January 11, 2024, and that an answer was due on March 11, 2024. ("Proof of Service," Dkt. No. 10.) Defendant failed to file a timely answer and, as of the date of this order, plaintiff has not filed a notice of dismissal or a request for entry of default. Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing on or before **April 15, 2024**, why this action should not be dismissed as to the applicable defendant for lack of prosecution.

**IT IS SO ORDERED.**