J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANN SUTTON,<br><br>            Plaintiff,<br><br>vs.<br><br>MARKWAYNE MULLIN,<br><br>            Defendant. | Case 5:23-cv-02103-JGB-ACCV<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
Honorable Jesus G. Bernal
United States District Judge

1

5:23-cv-02103-JGB-ACCV

JUDGMENT